UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>MARCO JONES,<br>　　　　Defendant. | Case No. 17-cr-00594-JD<br><br>**ORDER FOR RELEASE FROM UNITED STATES MARSHAL CUSTODY** |

　　IT IS HEREBY ORDERED THAT MARCO JONES shall be released forthwith from the custody of the United States Marshal.

**IT IS SO ORDERED.**

Dated: December 1, 2017

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge