1  STEVEN G. KALAR
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  1301 Clay Street, Suite 1350N
   Oakland, CA 94612
4  Telephone:    (510) 637-3500
   Facsimile:    (510) 637-3507
5
   Counsel for Defendant MARCO JONES
6

7
                   UNITED STATES DISTRICT COURT
8
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                          OAKLAND DIVISION
10
   UNITED STATES OF AMERICA,          )   No. CR 17-00594 JD
11                                    )
                        Plaintiff,    )   **STIPULATION AND [PROPOSED]**
12                                    )   **ORDER CONTINUING CHANGE OF**
                                      )   **PLEA HEARING**
13        v.                          )
                                      )
14 MARCO JONES,                       )
                                      )
15                                    )
                        Defendant.    )
16

17

18         This matter presently is set for change of plea or trial setting on 7 March 2018. The parties

19  anticipate that this case will resolve with a change of plea. Defense counsel is waiting for delivery

20  of a number of records that he wishes to provide to the government in mitigation of the charged

21  conduct. Additionally, defense counsel has discovered that he has a scheduling conflict, namely a

22  sentencing hearing in Oakland, on 7 March 2018 at 9:30 a.m.

23         For these reasons, IT IS STIPULATED AND AGREED that this matter may be continued to

24  28 March 2018 for change of plea, and that time under the Speedy Trial Act between 7 March 2018

25  and 28 March 2018 should be excluded for effective defense preparation as well as continuity of

26  counsel.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

27

28

-1-
STIPULATION
U.S. v. JONES, 17 00594 JD

1

2

Dated:  15 February 2018                              ___/s/ Samantha Schott_____

3                                                                              SAMANTHA SCHOTT
                                                                              Assistant United States Attorney
4

5

6  Dated: 15 February 2018                             _/s/ Jerome E. Matthews_____
                                                                              JEROME E. MATTHEWS
7                                                                              Assistant Federal Public Defender

8

9

10

11            Good cause appearing therefor, IT IS ORDERED that this matter be continued to 28

12  March 2018 for change of plea, and that time under the Speedy Trial Act between 7 March 2018 and

13  28 March 2018 should be excluded for effective defense preparation as well as continuity of counsel.

14  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

15

16

17  Dated:  February  21 , 2018                       _____
                                                                              JAMES DONATO
18                                                                            United States District Judge

19

20

21

22

23

24

25

26

27

28